# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00182-CV

**John J. Rogers, Jr.; James R. Winton and Burl Richardson, Appellants**

**v.**

**Texas Board of Architectural Examiners, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. D-1-GN-08-004634, HONORABLE GISELA D. TRIANA-DOYAL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties' third joint motion to abate this cause is GRANTED, and the appeal is ABATED until June 8, 2012. The parties shall submit either a motion to reinstate or a joint status report concerning the status of settlement negotiations no later than June 8, 2012. Upon reinstatement, motions for rehearing will be due no later than the tenth (10th) date following reinstatement.

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Abated

Filed: February 17, 2012